# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MARIO FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09CV6787 |
| | ) | |
| The City of Chicago, and Chicago Police | ) | Judge Gettleman |
| Officers Christopher Saladino, Star No. | ) | |
| 16094, and Daniel Trost, Star No. 10859, | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

TO: Counsel of Record

     PLEASE TAKE NOTICE that on **Wednesday, December 8, 2010** at **1:30 p.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Robert W. Gettleman,** in Room 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendants' Motions** *in limine* **1-4.**

Dated: November 29, 2010            Respectfully submitted,

                                        s/ Derek B. Payette
                                        DEREK B. PAYETTE
                                        Attorney for Defendants

Daniel M. Noland
Derek B. Payette
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2010, I electronically filed the foregoing **Defendants' Notice of Motion** with the Clerk of the Court using the ECF system, which sent notification of the filing the same day to:

Edward M. Fox
Garrett Browne
Ed Fox & Associates
300 West Adams
Suite 330
Chicago, Illinois 60606

                                                s/ Derek B. Payette
                                                DEREK B. PAYETTE
                                                Attorney for Defendants