## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Mario Frye
                    Plaintiff,

v.                                             Case No.: 1:09−cv−06787
                                               Honorable Robert W. Gettleman

City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 4, 2011:

    MINUTE entry before Honorable Robert W. Gettleman: Pretrial confeernce held on 1/4/2011. Plaintiff's motions in limine [37] are granted in part and denied in part. Defendants' motions in limine [39] [40] [41] [42] are granted. Defendants39; motion for extension of time to complete discovery [45] is granted. Defendants' motion in limine regarding malicious prosecution is due by 1/18/2011. Plaintiff's response is due by 2/4/2011. Defendants' reply is due by 2/10/2011. Revised joint jury instructions are due by 2/10/2011. Final pretrial conference is continued to 2/22/2011 at 10:30 a.m. Jury trial is set for 4/25/2011 at 9:30 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.