# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 6787** | **DATE** | 4/25/2011 |
| **CASE TITLE** | Mario Frye    vs    City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

Defendants' motion [82] in limine no. 6 is granted by agreement. Defendants' motion [83] in limine no. 7 is granted by agreement. By agreement, the malicious prosecution claim, the punitive damages claim and all claims against defendant Daniel Trost are dismissed.

[For further detail see separate order]   [Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|