**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Mario Frye
                    Plaintiff,

v.                                        Case No.: 1:09−cv−06787
                                        Honorable Robert W. Gettleman

City Of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 2, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: This Court's order [91] is corrected in part to reflect that the jury returned its verdict finding in favor of PLAINTIFF on the claim of false arrest and in favor of DEFENDANT on the claim of excessive force. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.