IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 C 6787 |
| | ) | |
| The City of Chicago, and Chicago Police | ) | Judge Gettleman |
| Officers Christopher Saladino, Star No. | ) | |
| 16094, and Daniel Trost, Star No. 10859, | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION TO VACATE JUDGMENT AND DISMISS CASE PURSUANT TO SETTLEMENT

Plaintiff, Mario Frye, by his attorney Garrett Browne of Ed Fox & Associates, and Defendants, the City of Chicago and Christopher Saladino, by their attorneys Daniel M. Noland and Derek B. Payette of Dykema Gossett PLLC, for their agreed motion to vacate judgment and dismiss case pursuant to settlement, state:

1. On April 27, 2011, judgment was entered against Defendant Saladino on plaintiff's false arrest claim and for Defendant Saladino on plaintiff's excessive force claim following a jury trial. (Dkt. # 91).

2. The parties have reached a settlement in this case which includes resolution of plaintiff's attorneys' fees and costs.

3. Pursuant to the settlement agreement, the parties respectfully request that this Court vacate the judgment (Dkt. # 91) and dismiss this case in its entirety with prejudice. See Stipulation to Vacate Judgment and Dismiss (attached hereto as Exhibit A) and proposed Agreed Order of Dismissal (attached hereto as Exhibit B).

        Respectfully submitted,

        s/ Derek B. Payette
        DEREK B. PAYETTE
        Attorney for Defendants

        s/ Garrett Browne
        GARRETT BROWNE
        Attorney for Plaintiff

| | |
|---|---|
| Daniel M. Noland | Edward M. Fox |
| Derek B. Payette | Garrett W. Browne |
| Dykema Gossett PLLC | Ed Fox & Associates |
| 10 South Wacker Drive | 300 W. Adams Street |
| Suite 2300 | Suite 330 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| (312) 876-1700 (telephone) | (312) 345-8877 |
| (312) 876-1155 (fax) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, I electronically filed the foregoing **Agreed Motion to Vacate Judgment and Dismiss Case Pursuant to Settlement** with the Clerk of the Court using the ECF system, which sent notification of the filing the same day to:

Edward M. Fox
Garrett Browne
Ed Fox & Associates
300 West Adams
Suite 330
Chicago, Illinois 60606

                                                  s/ Derek B. Payette
                                                  DEREK B. PAYETTE
                                                  Attorney for Defendant Saladino