IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 C 6787 |
| | ) | |
| The City of Chicago, and Chicago Police Officer Christopher Saladino, Star No. 16094 | ) ) ) | Judge Gettleman |
| | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO VACATE JUDGMENT AND DISMISS
PURSUANT TO SETTLEMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled, and, therefore, judgment in the case should be vacated and this entire cause should be dismissed with prejudice with the parties' costs and attorney fees to be resolved in accordance with the terms of the Release and Settlement Agreement.

        Respectfully submitted,
        **Dykema Gossett PLLC**

        By:  s/ Derek B. Payette
          One of the Attorneys for Defendants

        **Ed Fox & Associates**

        By:  s/Garrett Browne
          Attorney for Plaintiff

| | |
|---|---|
| Daniel M. Noland | Edward M. Fox |
| Derek B. Payette | Garrett Browne |
| Dykema Gossett, PLLC | Ed Fox & Associates |
| 10 S. Wacker Dr., Suite 2300 | 300 W. Adams, Suite 330 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| 312-876-1700 | 312-345-8877 |