**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARIO FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 C 6787 |
| | ) | |
| The City of Chicago, and Chicago Police Officers Christopher Saladino, Star No. 16094 | ) ) ) | Judge Gettleman |
| | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the parties' Stipulation to Dismiss, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff Mario Frye, by his attorneys, Garrett Browne of Ed Fox & Associates, and defendants, the City of Chicago and Christopher Saladino by one of their attorneys, Derek B. Payette of Dykema Gossett PLLC, plaintiff and defendants having entered into a Release and Settlement Agreement and counsel for the parties having executed a Stipulation to Dismiss, the Court being fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

The judgment order entered by this Court on April 27, 2011 is hereby vacated. All of the claims of plaintiff Mario Frye against defendants, Christopher Saladino and the City of Chicago, are dismissed with prejudice, in termination of this entire action, and with the parties' costs and attorney's fees to be resolved in accordance with the terms of the Release and Settlement Agreement.

ENTER:_____
Judge Robert W. Gettleman
United States District Court

DATED:_____