# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 6787 | **DATE** | 8/4/2011 |
| **CASE TITLE** | Mario Frye vs The City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's agreed motion [101] to vacate judgment and to dismiss case with prejudice pursuant to settlement is granted.

[For further detail see separate order] [Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|